# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# Chicago, Illinois 60604

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Northern District of Indiana |
| Plaintiff/Appellee, | South Bend Division |
| No. 24-1087          vs. | No. 3:22-CR-71 |
| JEFFREY SREDL, | Damon R. Leichty, District Judge |
| Defendant/Appellant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE DEFENDANT-APPELLANT'S OPENING BRIEF

Comes now counsel for Defendant-Appellant Jeffrey Sredl [hereinafter: "Appellant"] and moves for a forty-five (45) day extension of time for the filing of Appellant's Opening Brief. A supporting Affidavit follows.

DATED: February 21, 2024

                              Northern District of Indiana
                              Federal Community Defenders, Inc.

                        By:   s/Chad J. Pennington
                               Chad J. Pennington
                               200 E. Main Street, Suite 905
                               Fort Wayne, IN 46802
                               Phone: (260) 422-9940
                               Fax: (260) 422-9954
                               E-mail: Chad_Pennington@fd.org

# **CERTIFICATE OF SERVICE**

    I hereby certify that on <u>February 21, 2024</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                <u>s/Chad J. Pennington</u>

## AFFIDAVIT

Appellant filed a timely Notice of Appeal on January 19, 2024, [U.S. District Court DE 92]. This matter was docketed in the United States Court of Appeals for the Seventh Circuit on January 22, 2024. [DE 1]. Appellant's opening brief is due on or before March 4, 2024. [Order, DE 1]. Oral argument has not been scheduled. Appellant has not previously sought an extension of time to file this brief.

The Plaintiff-Appellee, by Assistant United States Attorney David E. Hollar, has represented to the undersigned counsel that the government has no objection to this motion.

Appellant's current whereabouts within the federal Bureau of Prisons are not known currently by the undersigned. On February 21, 2024, the undersigned communicated with the United States Marshal Service, and the Marshal Service indicated that Appellant is currently in transit to his designated Bureau of Prisons facility, which will not be known until Appellant is placed in that facility. The transit process generally, to the undersigned's knowledge, take approximately one week.

With due diligence, and giving priority to the preparation of the brief, the undersigned counsel will not be able to file the brief on time. Counsel for Appellant needs additional time to adequately and effectively prepare the opening brief and is requesting an additional forty-five (45) days to file the opening brief.

Appellant's case involves a challenge to the District Court's sentencing discretion and other possible constitutional claims raised before the District Court.

Counsel for Appellant is currently researching and preparing briefs in the following matters pending before this Court, the Seventh Circuit Court of Appeals:

> Appellant's reply brief in *United States v. Bridges*, Appeal No. 23-2183, is due on March 27, 2024, which involves review of the trial hearing transcripts.
>
> Appellant's opening brief is due March 27, 2024, in *United States v. Weaver*, No. 23-2856, which involves review of the sentencing hearing transcript to determine whether the district court abused its sentencing discretion.
>
> Appellant's oral argument is set for March 28, 2024, in *United States v. Reynolds*, Appeal No. 23-1968, which involves review of the sentencing hearing transcript and the relevant comparative case law.

Appellant's oral argument is set for March 28, 2024, in *United States v. Scheidt*, No. 23-2567, which involves review of recent Second Amendment case law.

Appellant's opening brief is due April 1, 2024, in *United States v. Barnett*, Appeal No. 23-3405, which involves review of the sentencing hearing transcript and whether the district court abused its discretion.

Appellant's opening brief is due April 5, 2024, in *United States v. Jackson*, Appeal No. 23-3072, which involves review of the sentencing hearing transcript and whether the district court abused its discretion.

Appellant's opening brief is due April 12, 2024, in *United States v. Taylor*, Appeal No. 24-1007, which involves review of the trial setting transcript and the sentencing hearing transcript, to determine whether the district court committed reversible trial error and whether it abused its discretion in fashioning Mr. Taylor's sentence.

Appellant filed an *Anders* brief, in *United States v. Overholser*, Appeal No. 23-2468, on October 13, 2023, which involved review of sentencing hearing transcripts as well as the relevant comparative Second Amendment case law. The matter is stayed presently.

Appellant's opening brief has been stayed in *United States v. Sanders*, No. 23-1554, which involves review of recent Armed Career Criminal Act, 18 U.S.C. § 924(e), case law as well as evaluation of the sentencing transcript.

Appellant's reply brief has been stayed in *United States v. Rice*, Appeal No. 23-2891, which involves review of recent Second Amendment case law.

Appellant's opening brief has been stayed, in *United States v. Birner*, Appeal No. 23-2315, which involves review of the trial transcript and sentencing hearing transcript.

Additional upcoming case deadlines and pertinent dates include:

In *United States v. Rouson*, No. 2:98-CR-78 (N.D. Ind. 1998), Counsel for Appellant is scheduled to file a status report on February 26, 2024.

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:   s/Chad J. Pennington
                Chad J. Pennington
                200 E. Main Street, Suite 905
                Fort Wayne, IN 46802
                Phone: (260) 422-9940
                Fax: (260) 422-9954
                E-mail: Chad_Pennington@fd.org

Date:  February 21, 2024

    I declare, under penalty of perjury that the foregoing is true and correct.

        s/Chad J. Pennington