# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# Chicago, Illinois 60604

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Northern District of Indiana |
| Plaintiff/Appellee, | South Bend Division |
| No. 24-1087　　vs. | No. 3:22-CR-71 |
| JEFFREY SREDL, | Damon R. Leichty, District Judge |
| Defendant/Appellant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE DEFENDANT-APPELLANT'S OPENING BRIEF

Comes now counsel for Defendant-Appellant Jeffrey Sredl [hereinafter: "Appellant"] and moves for a forty-five (45) day extension of time for the filing of Appellant's Opening Brief. A supporting Affidavit follows.

DATED: <u>April 5, 2024</u>

　　　　　　　　　　　　　　Northern District of Indiana
　　　　　　　　　　　　　　Federal Community Defenders, Inc.

　　　　　　　　　　　By:　<u>s/Chad J. Pennington</u>
　　　　　　　　　　　　　　Chad J. Pennington
　　　　　　　　　　　　　　200 E. Main Street, Suite 905
　　　　　　　　　　　　　　Fort Wayne, IN 46802
　　　　　　　　　　　　　　Phone: (260) 422-9940
　　　　　　　　　　　　　　Fax: (260) 422-9954
　　　　　　　　　　　　　　E-mail: Chad_Pennington@fd.org

## **CERTIFICATE OF SERVICE**

 I hereby certify that on <u>April 5, 2024</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

          <u>s/Chad J. Pennington  </u>

## AFFIDAVIT

Appellant filed a timely Notice of Appeal on January 19, 2024, [U.S. District Court DE 92]. This matter was docketed in the United States Court of Appeals for the Seventh Circuit on January 22, 2024. [DE 1]. Appellant's opening brief is due on or before April 18, 2024. [Order, DE 5]. Oral argument has not been scheduled. Appellant has previously sought an extension of time to file this brief. [DE 4].

The Plaintiff-Appellee, by Assistant United States Attorney David E. Hollar, has represented to the undersigned counsel that the government has no objection to this motion.

Appellant is in the custody of the Bureau of Prisons at FCI Sandstone with a release date of October 31, 2026. To the undersigned's knowledge, the current address for Appellant is as follows:

> Jeffrey Sredl #25153-510
> FCI Sandstone
> Federal Correctional Institution
> P.O. Box 1000
> Sandstone, MN 55072

With due diligence, and giving priority to the preparation of the brief, the undersigned counsel will not be able to file the brief on time. Counsel for Appellant needs additional time to adequately and

effectively prepare the opening brief and is requesting an additional forty-five (45) days to file the opening brief.

Appellant's case involves a challenge to the District Court's sentencing discretion and other possible constitutional claims raised before the District Court.

Counsel for Appellant is currently researching and preparing briefs in the following matters pending before this Court:

> Appellant's opening brief was filed on March 26, 2024, in *United States v. Williams*, Appeal No. 24-1242, which involves review of the order denying Mr. Williams's request for relief under 18 U.S.C. § 3582(c). Counsel filed an *Anders* brief in this matter. The matter is currently stayed.
>
> Appellant's opening brief was filed on March 27, 2024, in *United States v. Weaver*, No. 23-2856, which involves review of the sentencing hearing transcript to determine whether the district court abused its sentencing discretion.
>
> Appellant's oral argument was held on March 28, 2024, in *United States v. Reynolds*, Appeal No. 23-1968, which involves review of the sentencing hearing transcript and the relevant comparative case law.
>
> Appellant's oral argument was held on March 28, 2024, in *United States v. Scheidt*, No. 23-2567, which involves review of recent Second Amendment case law.
>
> Appellant's opening brief is due on April 16, 2024, in *United States v. Adebisi*, Appeal No. 24-1344, which involves review

of the order denying Mr. Adebisi's request for relief under 18 U.S.C. § 3582(c).

Appellant's opening brief is due on April 26, 2024, in *United States v. Taylor*, Appeal No. 24-1007, which involves review of the trial setting transcript and the sentencing hearing transcript, to determine whether the district court committed reversible trial error and whether it abused its discretion in fashioning Mr. Taylor's sentence.

Appellant's reply brief in *United States v. Bridges*, Appeal No. 23-2183, is due on May 1, 2024, which involves review of the trial hearing transcripts and the government's responsive brief. An extension of time to file the reply brief has been filed.

Appellant's opening brief is due on May 6, 2024, in *United States v. Jackson*, Appeal No. 23-3072, which involves review of the sentencing hearing transcript and whether the district court abused its discretion.

Appellant's opening brief is due on May 6, 2024, in *United States v. Drake*, Appeal No. 24-1447, which involves review of the District Court's denial of a motion to dismiss under the Second Amendment.

Appellant's opening brief is due on May 16, 2024, in *United States v. Barnett*, Appeal No. 23-3405, which involves review of the sentencing hearing transcript and whether the district court abused its discretion.

Appellee's brief is due on June 3, 2024, in *United States v. Rose*, Appeal No. 24-1086, which involves review of the recent Second Amendment case law. Appellant's (the government's) opening brief is due on May 3, 2024.

Appellant filed an *Anders* brief, in *United States v. Overholser*, Appeal No. 23-2468, on October 13, 2023, which involved

5

review of sentencing hearing transcripts as well as the relevant comparative Second Amendment case law. The matter is stayed presently.

Appellant's opening brief has been stayed in *United States v. Sanders*, No. 23-1554, which involves review of recent Armed Career Criminal Act, 18 U.S.C. § 924(e), case law as well as evaluation of the sentencing transcript.

Appellant's reply brief has been stayed in *United States v. Rice*, Appeal No. 23-2891, which involves review of recent Second Amendment case law.

Appellant's opening brief has been stayed, in *United States v. Birner*, Appeal No. 23-2315, which involves review of the trial transcript and sentencing hearing transcript.

Additional upcoming case deadlines and pertinent dates include:

*United States v. Moerschel*, Appeal No. 23-3096/23-3117, in the D.C. Circuit Court of Appeals, which involves review of the trial transcript and sentencing hearing transcript. In this matter, the trial transcript status report is due on April 19, 2024.

*United States v. Corenlius*, 21-CR-90 (N.D. Ind. 2021), the defendant's post-trial *Brady* status report is due on May 1, 2024.

Appellant's petition for a writ of certiorari is due on April 12, 2024, in *United States v. Hueston*, Appeal No. 23-1057 (7th Cir. 2023).

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:   s/Chad J. Pennington
               Chad J. Pennington
               200 E. Main Street, Suite 905
               Fort Wayne, IN 46802
               Phone: (260) 422-9940
               Fax: (260) 422-9954
               E-mail: Chad_Pennington@fd.org

Date: April 5, 2024

    I declare, under penalty of perjury that the foregoing is true and correct.

        s/Chad J. Pennington

7