No. 24-1087

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> JEFFREY SREDL, <br><br> Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Indiana <br><br> Case No. 3:22-CR-00071 <br><br> Hon. Damon R. Leichty, United States District Judge, Presiding. |

**MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLANT'S BRIEF**

Now comes the Defendant-Appellant Jeffrey Sredl, by his attorney, and pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an order granting an extension of time up to and including October 10, 2024, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on September 10, 2024.  In support thereof, counsel submits the attached affidavit.  Current counsel has not filed a previous motion for extension of time in this case.

JEFFREY SREDL
Defendant-Appellant

>s/ Johanna M. Christiansen
>JOHANNA M. CHRISTIANSEN
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602
>Phone: (309) 671-7891
>Email: Johanna_Christiansen@fd.org
>COUNSEL FOR DEFENDANT

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) | SS |
| COUNTY OF PEORIA ) | |

**AFFIDAVIT OF COUNSEL**

Johanna M. Christiansen, being first duly sworn on oath, deposes and states as follows:

1. The Federal Public Defender for the Central District of Illinois, Thomas W. Patton, is the attorney appointed to represent the Defendant-Appellant Jeffrey Sredl in Cause Number 24-1087 that is currently pending before the United States Court of Appeals for the Seventh Circuit and I, Johanna M. Christiansen, am an attorney with the Federal Public Defender for the Central District of Illinois who is primarily responsible for the Defendant-Appellant's appeal.

2. On June 11, 2024, this Court appointed the Federal Public Defender for the Central District of Illinois to represent Mr. Sredl on appeal.

3. Since being appointed, counsel has obtained the record on appeal, the relevant transcripts, and the presentence investigation report.

4. Counsel needs more time to research potential issues and consult with her client.

5. In addition to her other duties as an Assistant Federal Public Defender, counsel has been involved with the following matters which have

occupied a substantial amount of time since June 11, 2024:

    a. *United States v. Steven Brown,* Case Number 23-3197, Motion to Suspend Briefing filed on June 11, 2024;

    b. *United States v. Tyesha Clark,* Case Number 23-3149, Brief filed on June 11, 2024;

    c. *Leonard Williamson v. United States,* Supreme Court Case Number 23-7768, Petition for Writ of Certiorari filed on June 13, 2024;

    d. *United States v. Joshua Vestal,* Case Number 23-3258, Brief filed on June 14, 2024;

    e. *United States v. John Solberg,* Case Numbers 23-1495 & 23-2474, Opening Brief filed on June 20, 2024;

    f. *United States v. Julian Muriera,* Case Number 23-3089, Brief filed on June 28, 2024;

    g. *United States v. Robert Narvett,* Case Numbers 22-1902 & 23-2377, Reply Brief filed on July 3, 2024;

    h. *United States v. Steven Stathas,* Case Number 24-1001, Brief filed on August 15, 2024;

    i. *United States v. Johntavis Matlock,* Case Number 23-3374, Opening Brief filed on August 22, 2024;

    j. *United States v. Marquese Cannon,* Case Number 24-1278, Opening Brief to be filed on September 9, 2024;

    k. *United States v. Tyron Offutt,* Case Number 23-2211, Oral Argument on September 12, 2024;

    l. *United States v. Christopher Easterling,* Case Number 23-1143, Oral Argument on September 13, 2024;

6. Counsel will give this matter her utmost attention and file Mr.

Sredl's brief on or before the date requested in the motion for extension of time.

s/ Johanna M. Christiansen  
JOHANNA M. CHRISTIANSEN

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of her knowledge and belief.

Date: September 3, 2024

s/ Johanna M. Christiansen  
JOHANNA M. CHRISTIANSEN