No. 24-1087

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>JEFFREY SREDL,<br><br>Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Indiana<br><br>Case No. 3:22-CR-00071<br><br>Hon. Damon R. Leichty,<br>United States District Judge,<br>Presiding. |

**MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLANT'S BRIEF**

Now comes the Defendant-Appellant Jeffrey Sredl, by his attorney, and pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an order granting an extension of time up to and including December 12, 2024, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on November 12, 2024.  In support thereof, counsel submits the attached affidavit.  Current counsel has filed two previous motions for extension of time in this case.

                                                              JEFFREY SREDL
                                                              Defendant-Appellant

                                                s/ Johanna M. Christiansen
                                                JOHANNA M. CHRISTIANSEN
                                                Assistant Federal Public Defender
                                                Office of the Federal Public Defender
                                                401 Main Street, Suite 1500
                                                Peoria, Illinois 61602
                                                Phone: (309) 671-7891
                                                Email: Johanna_Christiansen@fd.org
                                                COUNSEL FOR DEFENDANT

STATE OF ILLINOIS    )
                     )    SS
COUNTY OF PEORIA     )

## AFFIDAVIT OF COUNSEL

Johanna M. Christiansen, being first duly sworn on oath, deposes and states as follows:

1. The Federal Public Defender for the Central District of Illinois, Thomas W. Patton, is the attorney appointed to represent the Defendant-Appellant Jeffrey Sredl in Cause Number 24-1087 that is currently pending before the United States Court of Appeals for the Seventh Circuit and I, Johanna M. Christiansen, am an attorney with the Federal Public Defender for the Central District of Illinois who is primarily responsible for the Defendant-Appellant's appeal.

2. On June 11, 2024, this Court appointed the Federal Public Defender for the Central District of Illinois to represent Mr. Sredl on appeal.

3. Since being appointed, counsel has obtained the record on appeal, the relevant transcripts, and the presentence investigation report.

4. Counsel needs more time to research potential issues and consult with her client.

5. In addition to her other duties as an Assistant Federal Public Defender, counsel has been involved with the following matters which have

3

occupied a substantial amount of time in the last 30 days:

  a. *United States v. Naquon Phillips,* Case Number 24-1601, Motion to Suspend Briefing filed on October 12, 2024;

  b. *United States v. Antonio Maxey,* Case Number 24-1040, Brief filed on October 15, 2024;

  c. *United States v. Lafiamma Orona*, Case Number 21-1734, Petition for Rehearing En Banc filed on October 15, 2024;

  d. *United States v. Arthur Miles,* Case Number 24-1186, Motion to Remand for an Evidentiary Hearing and Motion to Suspend Briefing filed on November 4, 2024;

  e. *United States v. Eduardo Luciano,* Case Number 24-1251, Brief to be filed on or before November 12, 2024;

6. Counsel will give this matter her utmost attention and file Mr. Sredl's brief on or before the date requested in the motion for extension of time.

           s/ Johanna M. Christiansen
           JOHANNA M. CHRISTIANSEN

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of her knowledge and belief.

Date: November 5, 2024

           s/ Johanna M. Christiansen
           JOHANNA M. CHRISTIANSEN