No. 24-1087

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Northern District of Indiana |
| Plaintiff-Appellee, | |
| vs. | Case No. 3:22-CR-00071 |
| JEFFREY SREDL, | Hon. Damon R. Leichty, United States District Judge, Presiding. |
| Defendant-Appellant. | |

### MOTION TO SUSPEND BRIEFING

Now comes the Defendant-Appellant Jeffrey Sredl, by his attorney, and moves to suspend briefing pending this Court's decision in *United States v. Jamond M. Rush,* No. 23-3256 (argued May 28, 2024).  In support thereof, Mr. Sredl states as follows:

1.      On March 8, 2023, Mr. Sredl was charged by superseding indictment with four counts of possessing firearms or destructive devices not registered to him in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.  (R. 42.)

2.      On February 10, 2023, he filed a motion to dismiss the indictment, arguing §§ 5841, 5861(d), and 5871 violate the Second Amendment and the United States Supreme Court's holding in *N.Y. State Rifle & Pistol Ass'n v. Bruen,*

142 S. Ct. 2111 (2022).  (R. 36.)  The district court denied the motion to dismiss on May 23, 2023.  (R. 62.)

3.     Mr. Sredl pled guilty to Count 1 of the superseding indictment on July 17, 2023.  (R. 71, 98.)  He did not enter into a conditional plea but he retains the right to pursue a constitutional challenge to his conviction on appeal despite his guilty plea.  *See United States v. Scheidt,* 103 F.4th 1281, 1283 (7th Cir. 2024).

4.     On January 11, 2024, Mr. Sredl was sentenced to 51 months in prison, a one year term of supervised release, and a $100 special assessment.  (R. 91.)

5.     On June 11, 2024, undersigned counsel was appointed to represent Mr. Sredl in this appeal.

6.     Upon review of the record in this case, counsel has determined that there is one issue for appeal regarding the constitutionality of 26 U.S.C. §§ 5841, 5861(d), and 5871.  Counsel has determined that an identical issue is pending in this Court, specifically in *United States v. Rush,* No. 23-3256.

7.     It would be prudent to suspend briefing in Mr. Sredl's case pending a decision in *Rush.*  There are no other potential issues in Mr. Sredl's appeal.

8.     Counsel has discussed this motion with Assistant United States Attorney David Hollar who indicated the government does not oppose suspending briefing in this case.

9.    Therefore, this Court should suspend proceedings in the instant case and order counsel to file a statement of position within 14 days of a decision in *United States v. Rush.*

JEFFREY SREDL
Defendant-Appellant

s/  Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
COUNSEL FOR DEFENDANT