No. 24-1087

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>vs.<br><br>JEFFREY SREDL,<br><br>    Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Indiana<br><br>Case No. 3:22-CR-00071<br><br>Hon. Damon R. Leichty, United States District Judge, Presiding. |

**RESPONSE TO STATEMENT OF POSITION AND REQUEST FOR SUMMARY AFFIRMANCE**

Now comes the Defendant-Appellant Jeffrey Sredl, by his attorney, and responds as ordered by this Court to the government's Statement of Position and Request for Summary Affirmance. In support thereof, Mr. Sredl states as follows:

1.      On March 8, 2023, Mr. Sredl was charged by superseding indictment with four counts of possessing firearms or destructive devices not registered to him in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

2.      On February 10, 2023, he filed a motion to dismiss the indictment, arguing §§ 5841, 5861(d), and 5871 violate the Second Amendment and the United States Supreme Court's holding in *N.Y. State Rifle & Pistol Ass'n v. Bruen*,

142 S. Ct. 2111 (2022).  The district court denied the motion to dismiss on May 23, 2023.  Mr. Sredl pled guilty to Count 1 of the superseding indictment on July 17, 2023.  On January 11, 2024, Mr. Sredl was sentenced to 51 months in prison, a one year term of supervised release, and a $100 special assessment and he appealed.

3.    On December 12, 2024, this Court granted Mr. Sredl's motion to suspend briefing pending a decision in *United States v. Rush,* No. 23-3256, which raised a challenge identical to the issue in Mr. Sredl's case.

4.    This Court issued an opinion in *Rush* on March 10, 2025, holding that §§ 5841, 5861(d), and 5871 do not violate the Second Amendment and *Bruen.*

5.    The government and Mr. Sredl filed a joint position statement and the government asked the Court to summarily affirm Mr. Sredl's case based on the holding in *Rush.*

6.    Counsel has had the opportunity to conduct research and speak with Mr. Sredl regarding our position in this matter.  Counsel can now inform the Court she agrees with the government that *Rush* directly resolves the issue in this case and no other appellate issues can be raised on appeal here.  Counsel also agrees with the government that Mr. Sredl has preserved his position that the National Firearms Act is facially unconstitutional for possible review in the United States Supreme Court.

7.    As a result, Mr. Sredl has no objection to the government's motion

for summary affirmance.

JEFFREY SREDL
Defendant-Appellant

s/  Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
COUNSEL FOR DEFENDANT