# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 11, 2025

Before
DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 24-1087 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  JEFFREY SREDL, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:22-cr-00071-DRL-MGG-1  Northern District of Indiana, South Bend Division  District Judge Damon R. Leichty ||

The following are before the court:

1. **PARTIES' JOINT POSITION STATEMENT IN LIGHT OF UNITED STATES V. RUSH**, filed on March 24, 2025, by counsel for the parties.

2. **RESPONSE TO STATEMENT OF POSITION AND REQUEST FOR SUMMARY AFFIRMANCE**, filed on April 7, 2025, by counsel for the appellant.

In the parties' initial statement of position, the government asked this court to summarily affirm the district court's judgment because our decision in *United States v. Rush*, 130 F.4th 633 (7th Cir. 2025), resolves the issues in this appeal. The appellant responded and does not object to the government's request. We agree with the parties that our decision in *Rush* is dispositive as to the issues raised in this appeal and thus

summary resolution is appropriate. *See United States v. Fortner*, 455 F.3d 752, 754 (7th Cir. 2006); *Williams v. Chrans*, 42 F.3d 1137, 1139 (7th Cir. 1995).

Accordingly,

**IT IS ORDERED** that the appellee's request for summary affirmance is **GRANTED**, and the judgment of the district court is summarily **AFFIRMED**.

form name: **c7_Order_3J**     (form ID: **177**)